COOPER *v.* STATE OF INDIANA, WASHINGTON CIRCUIT COURT ET AL.

[No. 0-481. Filed September 30, 1957.]

*Paul A. Cooper, pro se.*

PER CURIAM—This is a petition for a Writ of Mandate. It must be denied for failure to prosecute the action by the proper party and for failure to comply by furnishing certified copies of the proceedings upon which the petition is based, as required by Rule 2-35 of this court.

*Petition denied.*

NOTE.—Reported in 145 N. E. 2d 15.

STATE EX REL. STRICKLAND *v.* MURRAY, J., ETC.

[No. 0-488. Filed September 30, 1957.]

*Charles Larue Strickland, pro se.*

PER CURIAM—This is a petition for a Writ of Mandate. It must be denied for failure to comply by furnishing certified copies of the proceedings upon which the petition is based as required by Rule 2-35 of this court.

Petition denied.

NOTE.—Reported in 145 N. E. 2d 14.